IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02496-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$57,850.00 IN U.S. CURRENCY, and,
$15,034.00 IN U.S. CURRENCY,

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that the United States' Unopposed Motion to Vacate
Scheduling Conference, Docket Number 32, filed with the court on July 15, 2008, is
GRANTED.  The Scheduling Conference set on July 24, 2008, at 8:00 a.m., is
VACATED.  However, the parties shall file a written status report in this matter every 45
days from the date of this minute order.

Date: July 17, 2008
_____