IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2496-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$57,850.00 IN UNITED STATES CURRENCY,
$15,034.00 IN UNITED STATES CURRENCY,

        Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

        THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

        THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

        THAT the United States and claimants Oscar Perez-Salazar and Gerardo Perez-Salazar have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

        THAT no other claims to defendant $15,034.00 in United States Currency and defendant $57,850.00 in United States Currency have been filed;

        THAT upon agreement of the parties, the United States shall return to claimants Oscar Perez-Salazar and Gerardo Perez-Salazar, through counsel, $10,000.00 of defendant $15,034.00 in United States Currency; the remaining $5,034.00 of defendant $15,034.00 in United States

Currency shall be forfeited to the United States and disposed of in accordance with law.

THAT upon agreement of the parties, defendant $57,850.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $5,034.00 of defendant $15,034.00 in United States Currency and all of defendant $57,850.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

DATED this 25th day of July, 2008.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge